UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARMEN COPELAND,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF CAMAS,<br><br>                Defendant. | CASE NO. C19-5935 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge. Dkt. 12. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Defendant's motion to dismiss, Dkt. 6, is **GRANTED** and this action shall be **DISMISSED with prejudice**; and

(3)     The Clerk shall enter **JUDGMENT** and close this case.

Dated this 30th day of January, 2020.

                                                    BENJAMIN H. SETTLE
                                                    United States District Judge